# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

LARHONDA WILLIAMS

VERSUS

SAM'S WEST, INC.

CIVIL ACTION

25-789-SDD-RLB

## RULING

The Court has carefully considered the *Motion,*[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Richard L. Bourgeois, Jr. dated April 2, 2026, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that Motion to Remand (R. Doc. 5) is **DENIED.**

Signed in Baton Rouge, Louisiana, on this ___6___ day of May, 2026.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 5.
[2] Rec. Doc. 9.